**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT DAVID JOHNSON,<br>Petitioner,<br>v.<br>ERNESTO BUSTAMANTE,[1] Acting Warden,<br>Respondent. | Case No. 5:25-cv-03334-JFW-RAO<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Dkt. No. 1; Respondent's Answer, Dkt. No. 13; Report and Recommendation of United States Magistrate Judge issued on August 19, 2026 ("Report"), Dkt. No. 17; and all of the records and files herein. The deadline for filing objections has passed, and no objections have been received. Accordingly, the Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge contained in the Report.

[1] Petitioner is currently incarcerated at Calipatria State Prison. Ernesto Bustamante, Acting Warden at Calipatria State Prison, is therefore substituted in as the proper Respondent. See Fed. R. Civ. P. 25(d).

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: September 22, 2026

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE