JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ROBERT DAVID JOHNSON,

Petitioner,

v.

ERNESTO BUSTAMANTE,[1] Acting Warden,

Respondent.

Case No. 5:25-cv-03334-JFW-RAO

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: September 22, 2026

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner is currently incarcerated at Calipatria State Prison. Ernesto Bustamante, Acting Warden at Calipatria State Prison, is therefore substituted in as the proper Respondent. See Fed. R. Civ. P. 25(d).